JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING OF STONES LLC ET AL.,<br>Plaintiff,<br>v.<br>KRISTI NOEM ET AL.,<br>Defendant(s). | Case No. EDCV 25-02692-KK-AJRx<br><br>JUDGMENT |

Pursuant to the Order Denying Plaintiffs' Request to Set Aside Agency Action and Denying Plaintiffs' Motion for Preliminary Injunction as moot,

IT IS HEREBY ADJUDGED that judgment is entered in favor of Defendants Kristi Noem et al. and this action is dismissed with prejudice.

Dated: September 8, 2026

HONORABLE KENLY KIYA KATO
United States District Judge